FILED
10/19/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cr-00497
Judge Elaine E. Bucklo
Magistrate Judge Jeffrey T. Gilbert
Random Assignment

KG

Oct 19, 2023

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAUL RODRIGUEZ, JR. | Case No. **23-CR-00497**<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

### COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about September 19, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

RAUL RODRIGUEZ, JR.,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Smith & Wesson M&P 9 Shield 9mm pistol, bearing serial number LFN2404; a Ruger model SP101 Stainless Steel revolver, bearing serial number 570-81700; and a Colt model Lightweight Carbine semi-automatic rifle, bearing serial number VL004917; which firearms had traveled in interstate and foreign commerce prior to defendant's possession of the firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith & Wesson M&P 9 Shield 9mm pistol, bearing serial number LFN2404, and associated ammunition; a Ruger model SP101 Stainless Steel revolver, bearing serial number 570-81700, and associated ammunition; and a Colt model Lightweight Carbine semi-automatic rifle, bearing serial number VL004917, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
JASON YONAN on behalf of the
ACTING UNITED STATES ATTORNEY